UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Minto,

                       Plaintiff(s),

          -against –

165 Café Corp. et al,

                       Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:23-CV-10735 (CS)

<u>Seibel, J.</u>

     It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

     **SO ORDERED**.

Dated:  June 12, 2025
          White Plains, New York

                                          CATHY SEIBEL, U.S.D.J.